**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Arturo Alejandro CASTILLO–GONZALEZ, Defendant–Appellant.**

**No. 10–10115.**

United States Court of Appeals, Ninth Circuit.

ed by 9th Cir. R. 36–3.

Submitted Jan. 10, 2011.*

Filed Jan. 24, 2011.

Christina Marie Cabanillas, Assistant U.S. Attorney, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Ramiro Flores, Jr., Flores & Haywood, PLLC, Tucson, AZ, for Defendant–Appellant.

Before: BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Arturo Alejandro Castillo–Gonzalez appeals from the 66–month sentence imposed following his guilty-plea conviction for importation of cocaine, in violation of 21 U.S.C. §§ 952(a), 960(a)(1) and (b)(1)(B)(ii), and possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(ii)(II). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Castillo–Gonzalez contends that the district court erred by denying his request for the mitigating role adjustment at U.S.S.G. § 3B1.2. Under the facts of this case, the district court did not clearly err by denying an adjustment for minimal or minor role. *See United States v. Cantrell,* 433 F.3d 1269, 1282 (9th Cir.2006) (describing standard); *see also United States v. Lui,* 941 F.2d 844, 849 (9th Cir.1991) (stating that a defendant "may be a courier without being either a minimal or a

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

minor participant," and that "possession of a substantial amount of narcotics is grounds for refusing to grant a sentence reduction").

 Castillo–Gonzalez further contends that his sentence was substantively unreasonable. Considering the totality of the circumstances, Castillo–Gonzalez's below-Guidelines sentence was substantively reasonable. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**